No. 72–5653. TAYLOR v. SLAYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 72–5663. AUSBY v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 72–5667. JONES v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 72–5675. DAVIS v. GOMES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 72–5690. BRYANT v. BAILEY. C. A. 5th Cir. Certiorari denied. 

No. 72–5700. LOTT v. NEW YORK. Sup. Ct. N. Y., New York County. Certiorari denied.

No. 71–1510. ROSS, ADMINISTRATIVE JUDGE, ET AL. v. RADICH. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition. 

No. 72–1. BASKIN ET AL. v. CITY OF MIAMI BEACH. Cir. Ct. Fla., Dade County. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–298. COOLEY ET AL. v. ENDICTOR ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. 

No. 72–364. DIRECTOR GENERAL, INDIA SUPPLY MISSION v. THE MARU ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. 

No. 72–451. KENNEDY ET AL. v. BUREAU OF NARCOTICS AND DANGEROUS DRUGS, UNITED STATES DEPARTMENT OF JUSTICE, ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.